UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



Leon Wilson Jr.          3546945

_(Enter above the full name of the plaintiff  (Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**          **CIVIL ACTION NO.** 2:18-cv-1502
_(Number to be assigned by Court)_

CO Turner/South Central Regional Jail

_(Enter above the full name of the defendant_
_or defendants in this action)_

## COMPLAINT

I.  **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

           Yes _____          No ✓

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

  1. Parties to this previous lawsuit:

     Plaintiffs: N/A

     Defendants: N/A

  2. Court (if federal court, name the district; if state court, name the county);

     N/A

  3. Docket Number: N/A

  4. Name of judge to whom case was assigned:

     N/A

  5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

     N/A

  6. Approximate date of filing lawsuit: 11-30-2018

  7. Approximate date of disposition: _____

2

II. **Place of Present Confinement:** South Central Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____      No ✓

    C. If you answer is YES:

        1. What steps did you take? N/A

        2. What was the result? N/A

    D. If your answer is NO, explain why not: Because I was afraid of retaliation.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Leon Wilson Jr. 3546945

       Address: 1001 Centre Way Charleston, WV 25309

    B. Additional Plaintiff(s) and Address(es): ____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: CO Turner

is employed as: South Central Regional Jail

at: As a correctional officer.

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 11-23-2018 at the time of 11:30 AM - 12:00 PM during lunch I was assalted by CO Turner in front of all of the inmates and his co-worker CO Brown and CO Carter.

4

## IV. Statement of Claim (continued):

N/A

## V. Relief

<ins>State briefly exactly what you want the court to do for you.</ins> Make no legal arguments. Cite no cases or statutes.

I would want for CO Turner to be released from his duties here as a correctional officer. I would want to be compensated for the assault.

5

**V.  Relief (continued)):**

N/A

**VII.  Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____     No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

If not, state your reasons: Incarcerated and don't have proper resources.

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes _____     No ✓

6

If so, state the lawyer's name and address:

N/A

Signed this 29 day of November, 2018.

*Leon Wilson Jr.*

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-30-2018.
(Date)

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
BRITTANY N. BREEDEN
SOUTH CENTRAL REGIONAL JAIL
1001 CENTERE WAY
CHARLESTON, WV 25309
My Commission Expires June 08, 2023

*Leon Wilson Jr.*
Signature of Movant/Plaintiff

Signature of Attorney
(if any)