IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**LEON WILSON, JR.,**

    **Plaintiff,**

v.                                                      Case No. 2:18-cv-01502

**C.O. TURNER,**

    **Defendant.**

## PROPOSED FINDINGS AND RECOMMENDATION

This matter is assigned to the Honorable Thomas E. Johnston, Chief United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

The plaintiff filed his initial Complaint in this matter on December 10, 2018, concerning certain conditions of confinement while he was incarcerated at the South Central Regional Jail ("SCRJ"). The initial Complaint named the SCRJ and C.O. Turner, a correctional officer at the SCRJ, as defendants.

On May 14, 2019, the presiding District Judge adopted the undersigned's first Proposed Findings and Recommendation ("PF&R No. 1") and dismissed the SCRJ as a defendant herein. Thus, only the claim against C.O. Turner remained.

On December 5, 2019, the undersigned entered an Order and Notice (ECF No. 18) granting the plaintiff leave to file an Amended Complaint setting forth a proper claim

against defendant Turner by January 6, 2020.[1]  The undersigned's Order and Notice further notified the plaintiff that the failure to comply therewith would result in the undersigned's recommendation to the presiding District Judge that this matter be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

The plaintiff has failed to file an Amended Complaint as ordered.  In fact, he has failed to communicate in any way with the court concerning this matter.[2]  Thus, this court is unable to move this matter forward.  Accordingly, the responsibility for the delay in the progress of this matter is entirely on the plaintiff; and dismissal appears to be the only appropriate sanction.

## **RECOMMENDATION**

The undersigned proposes that the presiding District Judge **FIND** that the plaintiff has failed to prosecute this civil action.  Therefore, it is respectfully **RECOMMENDED** that the presiding District Judge **DISMISS** this matter for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The plaintiff is notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable Thomas E. Johnston, Chief United States District Judge.  Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(C), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the plaintiff shall have fourteen days (filing of objections) and then three days

---

[1] In conjunction with this Order and Notice, the undersigned also submitted a second Proposed Findings and Recommendation (ECF No. 19) ("PF&R No. 2"), recommending that defendant Turner's initial Motion to Dismiss (ECF No. 13) be denied without prejudice pending the filing of the plaintiff's Amended Complaint.  PF&R No. 2 was adopted by the presiding District Judge on January 3, 2020 (ECF No. 20).  Thus, there are presently no pending motions in this matter.

[2] The docket sheet in this matter indicates that the plaintiff was released from the Federal Bureau of Prisons' ("BOP") custody on August 4, 2019, and that the BOP has no forwarding address for him.

(service/mailing), from the date of filing this Proposed Findings and Recommendation within which to file with the Clerk of this Court, specific written objections, identifying the portions of this Proposed Findings and Recommendation to which objection is made, and the basis of such objection. Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals. *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984). Copies of such objections shall be served on Chief Judge Johnston.

The Clerk is directed to file this Proposed Findings and Recommendation and to mail a copy of the same to the plaintiff.

April 1, 2020

Dwane L. Tinsley
United States Magistrate Judge